UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ESTATE OF ARLENE TOWNSEND,
ESTATE OF ELVIRA NUNZIATA,
ESTATE OF JAMES HENRY JONES,
ESTATE OF JOSEPH WEBB, ESTATE
OF OPAL LEE SASSER and ESTATE
OF JUANITA JACKSON,

      Appellants,

v.                                Case No: 8:22-cv-1156-CEH

BETH ANN SCHARRER,
SHUMAKER, LOOP & KENDRICK,
LLP and GENOVESE, JOBLOVE &
BATTISTA, P.A.,

      Appellees.

_____/

## <u>O R D E R</u>

This matter comes before the Court on Appellants' Corrected Motion to Consolidate Appeals (Doc. 22), filed on August 2, 2022.  In the motion, Appellants request this Court consolidate this bankruptcy appeal with two other related bankruptcy appeals.  The Chapter 7 Trustee Beth Ann Scharrer filed a response (Doc. 27) to the motion, in which Appellee Shumaker, Loop & Kendrick, LLP joined (Doc. 28). In the response, the Trustee does not oppose consolidation of the appeals.[1] The

---

[1] Although the Trustee does not oppose consolidation, the Trustee argues that the Court lacks appellate jurisdiction because the Bankruptcy Orders appealed are not "final judgments, orders, and decrees under 28 U.S.C. § 158(a)(1)."

Court, having considered the motion and being fully advised in the premises, will grant Appellants' Corrected Motion to Consolidate Appeals.

## DISCUSSION

In this bankruptcy appeal, the Appellants seek review of the bankruptcy court's order (Doc. 2-2) granting in part the Amended Joint Motion for Fee Audit, Appointment of Fee Examiner and for Final Evidentiary Hearing. In the instant motion, Appellants request that this appeal be consolidated with the appeals in Case Nos. 8:22-cv-1471-CEH and 8:22-cv-1470-CEH.[2] In Case No. 8:22-cv-1471, Appellants seek review of the bankruptcy court's order granting motion for entry of supplemental fee examination order. In Case No. 8:22-cv-1470, Appellants seek review of the bankruptcy court's Supplemental Order Granting in Part Amended Joint Motion for Fee Audit, Appointment of Fee Examiner and for Final Evidentiary Hearing.

A court may consolidate related appeals. *See* M.D. Fla. Local Rule 1.07(b); *see also* Fed. R. Bankr. P. 8013. Here, the appeals arise from the bankruptcy court's orders appointing an expert to assist the bankruptcy court on the disputed issues related to attorney's fees and costs claimed by the Probate Estates' counsel, the identification of procedures and protocols related to the expert's appointment, and the scheduling of an evidentiary hearing. The appeals involve similar procedural motions, the same

---

[2] Case No. 8:22-cv-1470-CEH was originally assigned to District Judge Mizelle, who transferred the action to the undersigned, with consent, pursuant to Middle District of Florida Local Rule 1.07(a)(2)(A).

parties and factual record, and the issues in each appeal are the same or closely related. Therefore, consolidation of the matters will conserve resources and promote judicial economy.  Accordingly, it is

**ORDERED:**

1.     Appellants' Corrected Motion to Consolidate Appeals (Doc. 22) is **GRANTED**.

2.     Case Nos. 8:22-cv-1156-CEH; 8:22-cv-1471-CEH; and 8:22-cv-1470-CEH are hereby consolidated for all purposes, including briefing and oral argument.

3.     The Clerk is hereby directed to consolidate Case Nos. 8:22-cv-1156-CEH; 8:22-cv-1471-CEH; and 8:22-cv-1470-CEH.  For purposes of consolidation, the lead case will be 8:22-cv-1156-CEH.  All subsequent filings shall be made in the lead case.

4.     The Clerk is further directed to file a copy of this Order in Case Nos. 8:22-cv-1471-CEH and 8:22-cv-1470-CEH and administratively close those cases.

5.     By separate notice, the Court will schedule a status conference to set a briefing schedule. Any motion directed to the Court's jurisdiction to consider these appeals shall be filed on or before **September 2, 2022**.

**DONE AND ORDERED** in Tampa, Florida on August 23, 2022.

Charlene Edwards Honeywell
United States District Judge

Copies to: Counsel of Record and Unrepresented Parties, if any

3